WILLIAM M. KUNTZ  # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| KATRINA M. (BLACK) POWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant.<br>_____ | CASE NO.: **CV 09-0026-RNB**<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

　　Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

　　**IT IS ORDERED** that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND TWO HUNDRED FORTY-ONE DOLLARS and SEVENTY-FIVE CENTS ($2,241.75), as authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

　　DATED: October 21, 2009

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. ROBERT N. BLOCK
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1